**RUSSELL L. LOW, ESQ.  RLL-4745**
**LOW & LOW, ESQS.**
**505 Main Street  -   Suite 304**
**Hackensack, New Jersey   07601**
**(201) 343-4040**
**Attorneys for Debtor (s)**

Order Filed on December 21, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

---

| | | |
|---|---|---|
| In Re: | : | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| Keith Kloza | : | HONORABLE VINCENT F. PAPALIA |
| | : | CHAPTER 13 |
| Debtor (s) | : | Case No. 23-20737 |
| | : | Hearing Date: December 21, 2023 at 10:00 am |

---

## ORDER EXTENDING

☐     CASE          ✓     AUTOMATIC STAY

The relief set forth on the following page is hereby ORDERED.

**DATED: December 21, 2023**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

This matter having been presented to the Court by Russell L. Low, Esq. and, for good cause it is

**ORDERED** that:

The Automatic Stay is extended to ALLY FINANCIAL, PNC MORTGAGE, REGIONAL ACCEPTANCE CORPORATION, WALLINGTON TAX COLLECTOR and all Creditors effective the date of this Order.
  ^properly served