RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

Re:  KEITH KLOZA
5 WADSWORTH STREET
WALLINGTON,  NJ  07057

Atty:  RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024**
Chapter 13 Case # 23-20737

**RECEIPTS AS OF 01/01/2024**    (Please Read Across)

**LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024**    (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 40.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALLY FINANCIAL | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | CITI/CBNA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0003 | CITIBANK/SEARS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0004 | CAVALRY SPV I LLC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0006 | DISCOVER FINANCIAL | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0008 | GREATER ALLIANCE FEDERAL CREDIT U | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0009 | HACKENSACK UNIVERSITY MEDICAL GI | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0010 | UNITED STATES TREASURY/IRS | PRIORITY | 5,551.60 | 100.00% | 0.00 | 0.00 |
| 0012 | LVNV FUNDING, LLC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0013 | PNC MORTGAGE | (NEW) Prepetition / | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | REGIONAL ACCEPTANCE CORPORATION | VEHICLE SECURE | 618.55 | 100.00% | 0.00 | 0.00 |
| 0015 | RESURGENT CAPITAL SERVICES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0016 | SHELL CARD/CITI | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0020 | WALLINGTON TAX COLLECTOR | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0022 | LVNV FUNDING LLC | UNSECURED | 635.15 | 0.00% | 0.00 | 0.00 |
| 0023 | UNITED STATES TREASURY/IRS | UNSECURED | 201.24 | 0.00% | 0.00 | 0.00 |
| 0024 | CAPITAL ONE NA | UNSECURED | 430.68 | 0.00% | 0.00 | 0.00 |
| 0025 | LVNV FUNDING LLC | UNSECURED | 270.01 | 0.00% | 0.00 | 0.00 |

**Total Paid: $40.00**
See Summary

**Chapter 13 Case # 23-20737**

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $0.00       -       Paid to Claims: $0.00       -       Admin Costs Paid: $40.00       =       Funds on Hand: $460.00

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.