UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RUSSELL L. LOW, ESQ. -4745
LOW & LOW, LLC
505 MAIN ST., SUITE 304
HACKENSACK, NJ 07601
201-343-4040
Attorney for Debtor

In Re:
Keith Kloza

(Debtor)

Order Filed on June 13, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 23-20737

Chapter: 13

Judge: Vincent F. Papalia

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 13, 2024**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Document    Page 2 of 2

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  03/08/24  :

Property:     5 Wadsworth Street Wallington, NJ 07057

Creditor:     PNC MORTGAGE

and a Request for

[X] Extension of the Loss Mitigation Period having been filed by  debtor's counsel , and for good cause shown,

[ ] Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

[X] The Loss Mitigation Period is extended up to and including  09/03/24 .

[ ] The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

rev.12/17/19

2