Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  23−20737−VFP
        Chapter:  13
        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Keith Kloza
   5 Wadsworth Street
   Wallington, NJ 07057

Social Security No.:
   xxx−xx−3308

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 22, 2024.

Dated: July 22, 2024
JAN: mcp

        Jeanne Naughton
        Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-20737-VFP |
| Keith Kloza | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 22, 2024 | Form ID: plncf13 | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Keith Kloza, 5 Wadsworth Street, Wallington, NJ 07057-2216 |
| 520086822 | | CITI/CBNA, CITICORP CREDIT SERVICES; ATTN: CENTRALI, P.O. BOX 790034, KANSAS CITY, MO 64195 |
| 520142661 | + | Corpus Christi School, c/o Fein Such Kahn & Shepard PC, 6 Campus Drive, Suite 304, Parsippany, NJ 07054-4406 |
| 520086824 | + | Dana A. Kloza, 211 Cambridge Avenue, Garfield, NJ 07026-3357 |
| 520086827 | + | Hackensack University Medical Group, P.O Box 48339, Newark, NJ 07101-8539 |
| 520142660 | + | Philip A. Kahn, Esq., Fein Such Kahn & Shepard PC, 6 Campus Drive, Suite 304, Parsippany, NJ 07054-4673 |
| 520086839 | + | Wallington Tax Collector, 24 Union Blvd., Wallington, NJ 07057-1219 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 22 2024 20:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 22 2024 20:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 22 2024 20:38:00 | Ally Capital, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520086819 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 22 2024 20:27:00 | ALLY FINANCIAL, ATTN: BANKRUPTCY, PO BOX 380901, BLOOMINGTON, MN 55438-0901 |
| 520090225 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 22 2024 21:02:27 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520137874 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 22 2024 20:38:20 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520086823 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 22 2024 20:38:38 | CITIBANK/SEARS, ATTN: BNAKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 520110809 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 22 2024 20:37:34 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520086820 | + | Email/Text: bankruptcy@cavps.com | Jul 22 2024 20:28:00 | Cavalry SPV I LLC, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 520086821 | ^ | MEBN | Jul 22 2024 20:27:19 | Celentano, Stadtmauer & Walentowicz,LLP, 1035 Route 46 East, Suite B208, P.O Box 2594, Clifton, NJ 07015-2594 |
| 520086825 | + | Email/Text: mrdiscen@discover.com | Jul 22 2024 20:27:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |

Case 23-20737-VFP    Doc 35    Filed 07/24/24    Entered 07/25/24 00:14:16    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 22, 2024 | Form ID: plncf13 | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 520086826 | + | Email/Text: csocha@greateralliance.org | Jul 22 2024 20:28:00 | GREATER ALLIANCE FEDERAL CREDIT UNION, ATTN: BANKRUPTCY, 40 WEST CENTURY ROAD, PARAMUS, NJ 07652-1454 |
| 520086828 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 22 2024 20:28:00 | Internal Revenue Services, Special Processing Branch, PO Box 724, Springfield, NJ 07081 |
| 520086830 | ^ | MEBN | Jul 22 2024 20:26:36 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520114448 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 22 2024 20:37:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520086831 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 22 2024 21:01:14 | LVNV Funding, LLC, PO Box 98878, Las Vegas, NV 89193-8878 |
| 520141147 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 22 2024 20:27:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520086832 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 22 2024 20:27:00 | PNC MORTGAGE, ATTN: BANKRUPTCY, PO BOX 8819, DAYTON, OH 45401 |
| 520086833 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jul 22 2024 21:01:14 | REGIONAL ACCEPTANCE CORPORATION, ATTN: BANKRUPTCY, 1424 EAST FIRE TOWER ROAD, GREENVILLE, NC 27858-4105 |
| 520086834 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 22 2024 20:37:30 | RESURGENT CAPITAL SERVICES, ATTN: BANKRUPTCY, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 520096584 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jul 22 2024 21:01:14 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 520086837 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 22 2024 20:38:29 | SHELL CARD/CITI, ATTN: BANKRUPTCY, PO BOX 6406, SIOUX FALLS, SD 57117-6406 |
| 520086836 | + | Email/Text: bk-notification@sps-law.com | Jul 22 2024 20:27:00 | Schachter Portnoy LLC, 3490 US Route 1, Suite 6, Princeton, NJ 08540-5920 |
| 520086838 | + | Email/Text: bncnotices@stengerlaw.com | Jul 22 2024 20:27:00 | Stenger & Stenger, 2618 East Paris Avenue SE, Grand Rapids, MI 49546-2458 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520086829 | *+ | Dana A. Kloza, 211 Cambridge Avenue, Garfield, NJ 07026-3357 |
| 520086835 | *+ | RESURGENT CAPITAL SERVICES, ATTN: BANKRUPTCY, PO BOX 10497, GREENVILLE, SC 29603-0497 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2024            Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Keith Kloza ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4