**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

    KEITH KLOZA,

               Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Case No.:  23-20737 VFP**

### NOTICE OF RESERVE ON CLAIM

Creditor:          WALLINGTON TAX COLLECTOR
Trustee Claim #:   20
Court Claim #:
Claimed Amount:   $16,202.40
Date Claim Filed:   **UNFILED**

Please be advised that a reserve has been placed on the above named claim for the following reason:

- ■ The above debt was contained in debtor(s) plan and Trustee has set up with reserve for this creditor until a proof of claim is filed with the Court.  In the event a proof of claim is not filed within sixty (60) days of this notice, the reserve will be removed and money will be disbursed to other creditors.  In the event that a proof of claim is filed at a later date, the Trustee will NOT seek refunds from creditors that received disbursements in the interim.

By:  /S/  Marie-Ann Greenberg
          Chapter 13 Standing Trustee

Dated:  August 19, 2024

KEITH KLOZA
5 WADSWORTH STREET
WALLINGTON, NJ    07057

WALLINGTON TAX COLLECTOR
24 UNION BLVD.
WALLINGTON, NJ    07057

RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ    07601