Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:

KEITH KLOZA,

Debtor

Case No.: 23-20737 VFP

### NOTICE OF RESERVE ON CLAIM

| | |
|---|---|
| Creditor: | BOROUGH OF WALLINGTON |
| Trustee Claim #: | 20 |
| Court Claim #: | 10 |
| Claimed Amount: | $19,396.69 |
| Date Claim Filed: | 08/29/2024 |

Please be advised that a reserve has been placed on the above named claim for the following reason:

- Proof of Claim was filed with no attachments. Creditor must file an amended claim inclusive of attachments with the Court.

Unless we receive the information needed and the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated: September 09, 2024

By: /S/ Marie-Ann Greenberg
Chapter 13 Standing Trustee

KEITH KLOZA
5 WADSWORTH STREET
WALLINGTON, NJ   07057

RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ   07601

BOROUGH OF WALLINGTON
24 UNION BOULEVARD
WALLINGTON, NJ   07057

KIPP AND ALLEN LLC
47 ORIENT WAY LOWER LEVEL
RUTHERFORD, NJ   07070