Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−20737−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Keith Kloza
   5 Wadsworth Street
   Wallington, NJ 07057

Social Security No.:
   xxx−xx−3308

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/11/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 11, 2024
JAN: mcp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Keith Kloza  
    Debtor

Case No. 23-20737-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Dec 11, 2024      Form ID: 148      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Keith Kloza, 5 Wadsworth Street, Wallington, NJ 07057-2216 |
| 520086822 | | CITI/CBNA, CITICORP CREDIT SERVICES; ATTN: CENTRALI, P.O. BOX 790034, KANSAS CITY, MO 64195 |
| 520142661 | + | Corpus Christi School, c/o Fein Such Kahn & Shepard PC, 6 Campus Drive, Suite 304, Parsippany, NJ 07054-4406 |
| 520086824 | + | Dana A. Kloza, 211 Cambridge Avenue, Garfield, NJ 07026-3357 |
| 520086827 | + | Hackensack University Medical Group, P.O Box 48339, Newark, NJ 07101-8539 |
| 520142660 | + | Philip A. Kahn, Esq., Fein Such Kahn & Shepard PC, 6 Campus Drive, Suite 304, Parsippany, NJ 07054-4673 |
| 520086836 | + | Schachter Portnoy LLC, 3490 US Route 1, Suite 6, Princeton, NJ 08540-5920 |
| 520086839 | + | Wallington Tax Collector, 24 Union Blvd., Wallington, NJ 07057-1219 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 11 2024 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 11 2024 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Dec 12 2024 01:22:00 | Ally Capital, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520086819 | + | EDI: GMACFS.COM | Dec 12 2024 01:22:00 | ALLY FINANCIAL, ATTN: BANKRUPTCY, PO BOX 380901, BLOOMINGTON, MN 55438-0901 |
| 520090225 | + | EDI: AISACG.COM | Dec 12 2024 01:22:00 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520137874 | + | EDI: AISACG.COM | Dec 12 2024 01:22:00 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520086821 | | Email/Text: dlewis@csandw-llp.com | Dec 11 2024 20:38:00 | Celentano, Stadtmauer & Walentowicz,LLP, 1035 Route 46 East, Suite B208, P.O Box 2594, Clifton, NJ 07015 |
| 520086823 | + | EDI: CITICORP | Dec 12 2024 01:22:00 | CITIBANK/SEARS, ATTN: BNAKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 520110809 | + | EDI: AIS.COM | Dec 12 2024 01:22:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520086820 | + | Email/Text: bankruptcy@cavps.com | Dec 11 2024 20:39:00 | Cavalry SPV I LLC, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 520086825 | + | EDI: DISCOVER | Dec 12 2024 01:22:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 11, 2024 | Form ID: 148 | Total Noticed: 31 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | ALBANY, OH 43054-3025 |
| 520086826 | + | Email/Text: csocha@greateralliance.org | Dec 11 2024 20:39:00 | GREATER ALLIANCE FEDERAL CREDIT UNION, ATTN: BANKRUPTCY, 40 WEST CENTURY ROAD, PARAMUS, NJ 07652-1454 |
| 520086828 | | EDI: IRS.COM | Dec 12 2024 01:22:00 | Internal Revenue Services, Special Processing Branch, PO Box 724, Springfield, NJ 07081 |
| 520086830 | ^ | MEBN | Dec 11 2024 20:32:06 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520114448 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 11 2024 20:42:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520086831 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 11 2024 20:42:19 | LVNV Funding, LLC, PO Box 98878, Las Vegas, NV 89193-8878 |
| 520141147 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 11 2024 20:36:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520086832 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 11 2024 20:36:00 | PNC MORTGAGE, ATTN: BANKRUPTCY, PO BOX 8819, DAYTON, OH 45401 |
| 520086833 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Dec 11 2024 20:42:24 | REGIONAL ACCEPTANCE CORPORATION, ATTN: BANKRUPTCY, 1424 EAST FIRE TOWER ROAD, GREENVILLE, NC 27858-4105 |
| 520086834 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 11 2024 20:42:03 | RESURGENT CAPITAL SERVICES, ATTN: BANKRUPTCY, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 520096584 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Dec 11 2024 20:42:24 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 520086837 | + | EDI: CITICORP | Dec 12 2024 01:22:00 | SHELL CARD/CITI, ATTN: BANKRUPTCY, PO BOX 6406, SIOUX FALLS, SD 57117-6406 |
| 520086838 | + | Email/Text: bncnotices@stengerlaw.com | Dec 11 2024 20:36:00 | Stenger & Stenger, 2618 East Paris Avenue SE, Grand Rapids, MI 49546-2458 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520086829 | *+ | Dana A. Kloza, 211 Cambridge Avenue, Garfield, NJ 07026-3357 |
| 520086835 | *+ | RESURGENT CAPITAL SERVICES, ATTN: BANKRUPTCY, PO BOX 10497, GREENVILLE, SC 29603-0497 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2024          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Keith Kloza ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4